ADAM PLOTCH, Appellant, v CITIBANK, N.A., Respondent.

Submitted June 20, 2016; decided September 8, 2016

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 27 NY3d 477 (2016)].

Judge GARCIA taking no part.

PS 157 LOFTS, LLC, Respondent, v KIMBERLY AUSTIN et al., Appellants.

Submitted July 25, 2016; decided September 8, 2016

Motion for reconsideration denied [*see* 27 NY3d 1054 (2016)].

In the Matter of PATRICE ATWOOD et al., Respondents, v MARKI-ETH PRIDGEN et al., Respondents, and MAURICE McCRAY et al., Appellants.

Submitted September 9, 2016; decided September 9, 2016

Motion for leave to appeal denied. The Court of Appeals restates the rule that denial of a motion for leave to appeal is not equivalent to an affirmance and has no precedential value (*see Matter of Marchant v Mead-Morrison Mfg. Co.*, 252 NY 284, 297-298 [1929]).

LANE ALTSCHULER, Respondent, v JOBMAN 478/480, LLC, Appellant.

Submitted June 20, 2016; decided September 13, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.